*210 ' Opinion op the Court, by
Judge Owsley.' *
THIS was an ejectment brought by Morrison in the ¿0¿).r,t below, to recover from M’Millan, &c. .the posses-^ &f-two lots, No.s13 and 14, in the towffHi Cynt^?* apa. - fí, fe.
The trial was had in that court on the general iAsspef an<^ a verdict .and judgment recovered by th^Refend-ants. .Mr ’
The cause turns in this court on the question, whiither.2 not t’ne circuit court-decided correctly i»*éxcIii-"E dirfg from .the jury, a deed of conveyance whic|i was in-troduefed as evidence by the plaintiff.
deed purports to Ijave been made by. the triis-©/the town to tíre plaintiff, and was rej'ecfpd from *211 ® ® ? § . £•?!. ~ £-S^ g, b- ® jf'crfi- 3-.^ x .CD to CD' >~ ®. .g*. t-t- - * g- 9^0 -*® 2f o*®1 a -m 2 0> -a ri'v * 3 ^ cr o*wSE a S'»; *- <ys& Mf3!;j ®?§foE:f o fyrKS CD ^ f& >-j M. af w O rt< ■5* &# ^,'0*^ s^uc" ^ cf §,:#Í>S CD ■ o ^ 3. ty fD C«*. O ^5-» c prm$ g:Ui «* g. CD o ; a- sr CD » < CO < 0s CD ; 3 ef | CD CD CD M p/;£ . o^S i%l
•-ET* -, o-.crq» fa ^ .. oCn4^ o- &-§•“ ¡^/. - sie-f ' gJjM ■ «¿f • ■ 'g5t g-cifCg. g^S, g.g1
, ^ . & & ® tr,? 0 ,<k-^'o JS JS <£¿3 § S- >“* 6 ' 5 o & !?.. ? £ -s* ® o -
. x - * "' *¡ ' 3 0.áP?A® <■>4 Sb ^ ® *J re := oSisT®©»©® ai- ®. ® o> ©•- ~^ái£f I? if iff sr r3 ' - STtf „ Co, jrí; S3 wj-©"'^T S- P ' £.» O 3 E,® &.*-< p-2*SL S' fs SGT ® «é hr^ * CT WO (5 P ^ CD $■ 2- ¿S2|:'3-,So © -g’ to g o cd a © ,_ a. o-ro' DSCU 'D-r-f©' °b3 J r-t- rr^jp*- ^ |~ o CD -CD • era qtp ^ % ^v<vM ® ra »■ ® 3 -» p.s:o c„ s-g- a-gre, cd aq. . et ^ a _ S' ¡D-Cr^ J2LGTQ £L cr cd ^-oñ* £ 2^ <-*■ J “ “ ~ S ® ■^o.o ñ a o's-® ” 3- ^2 S'SS0' u - d cr f : ,:St ! 'CD J p , a* k* s: cy.-o *~t- co j¡¡3 a . r±, vutXK. Ü* CTiOA ydR . ¡fi ©■ i». í?TSfjff-^h <■■ ® ^ s . . c cw 3;*^ c'-.^ o —-I g> ^ m ^ CD g #. , P ^ ° 3 O' a o)^ fp 3_ tfl pl ^OQ*^ *0 a g ■ o to
Í - as beta?-: * ' ’«8 )@* <D - „ ; “S ip. rc: *><y £. -r &v w 7CU JP-V tfl ctf O#-,® »?n ■*J,En3 VI 5 rp! , O *<Ej * : T3 P a cr : cr'' d a. CD g O- CD '6b'u 9 O -b" ; ^ K C-,_0 f- ^ 3" P « ere o - pr^s St p hS tór* irt, ggfs^íLj^ *•*«>9^ 2 ^ *-r"'S'’ÍP¿^2u c 'g^® 3c«’ wkn <f§ =o-(a.a» s^ 5:«<*0 3 2 4 < 5- ® c 3s-" í fecr1» :^S4a n5v9i,^». o
CD CD ^ ,©,. = *g- ^ * &o L ¡A, *-*-a. .’CD 2- ^ $ -" g cd cj a 0 O- ei: *3,-° ^ a* ESL 00 c*»- S. CO rsg^¡ o a rt- cn, 5. c- ar ^y.,S^S>,5i ^ p'"] 3 CSSC6 B f< S»^w*r ^ pr ¿ s S-p- n*-^ o S'* D OD CD p CD pb D c-to sve-r ^ o S t-f o 0&W a cw q Qp | Cj ® ,K¡ ; -g-'r ^ £^k & ■*Q es ¿ CD ST-lf $ ■»- CD w 5Í’ CDvjjTÍ ÍT, ^ a <>P r£.*^ £.!SíW^cd a>;k. S*Si3 a cr S3 ii CD V- g-a p 'S'-o'g ■gsX.'S»- . - t^, £ 'aaste ¿ o s S * O « P^táu'rQ O, MjSv
*212 £ -o . g ’ ->o J3'-' II' • 3 .5 fcfl a % «■ o CJ > tí Or O o #o '|U t tí t s r«- ■ cv ^ <D > nO > o> ) £ o ó n> re r* O 5
£.•**8 . M S’ *?*! I & o _ o ct> •e tí § 'S "S . 3 -£ o A c -a -g O fl a o o o Q- < S3- 53 • O' w t., o o ^ On (¿ CP9 tí 3 o°-tí-, cj o fcD S o <v !í o. SiV-, tí- T’" o o S^pí : ? ^